# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128856 & (107)

BERNADINE TONOWSKI, as Next Friend
of BERNARD TONOWSKI,
      Plaintiff-Appellee
      and Cross-Appellant,

v

                                      SC: 128856
                                      COA: 249972

MOUHAMAD RIHAWI, M.D., and W.
AGNELLO-DIMITRIJEVIC, M.D., SYED
ENAM, M.D., NEUROSURGERY ASSOCIATES
OF MACOMB, FAMILY PRACTICE
PHYSICIANS, P.C., and HENRY FORD
HEALTH SYSTEMS,
      Defendants,

and

MERCY MOUNT CLEMENS CORPORATION,
d/b/a ST. JOSEPH MERCY HOSPITAL-
MACOMB,
      Defendant-Appellant
      and Cross-Appellee.

Macomb CC: 2001-001350-NH

_____/

      On order of the Court, the application for leave to appeal the March 10, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

d1121

                    Clerk